Adelaido Galeana                                          November 29, 2011

|        |       |            |
|--------|-------|------------|
| File #: | Lemongrass |
| **Attention:** | Inv #: | 961 |

**RE:**    Adelaido Galeana et al v. Lemongrass On Broadway Corporation et al.
10-CV-7270 (GBD)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Sep-02-10 | Meeting with client  Adelaido Galeana , initial intake | 0.75 | 337.50 | MF |
| Sep-06-10 | Research on Lexis NY, re corp filing | 2.40 | 1,080.00 | MF |
| Sep-07-10 | Drafting complaint | 3.75 | 1,687.50 | MF |
| Sep-20-10 | Finalized  drafting complaint. | 1.70 | 765.00 | MF |
| Sep-21-10 | Finalized  and filed complaint at SDNY | 2.30 | 1,035.00 | MF |
| Jan-13-11 | Attendance at  Court conference | 0.75 | 187.50 | YR |
| Jan-17-11 | Meeting with client Eleuterio Calixto, initial intake | 0.85 | 382.50 | MF |
|  | Drafted amended complaint. | 1.60 | 720.00 | MF |
| Jan-21-11 | Finalized and filed amended complaint at SDNY | 2.20 | 990.00 | MF |
| Apr-21-11 | Drafted  affidavit of Adelaid Galeana | 1.30 | 585.00 | MF |
| Apr-22-11 | Drafted affidavit of Eleuterio Calixto. | 1.45 | 652.50 | MF |

| May-13-11 | Drafted  default motion chart | 1.70 | 425.00 | YR |
| May-19-11 | Drafting  default motion | 5.25 | 1,312.50 | YR |
| Jun-23-11 | Finalized  affidavits for default Motions | 1.70 | 765.00 | MF |
| Jul-12-11 | Finalizing  default motion | 5.00 | 1,250.00 | YR |
| | Totals | 32.70 | $12,175.00 | |

## DISBURSEMENTS

| | Filing Fee | 350.00 |
| Sep-30-10 | Process Server / complaint | 55.00 |
| | Process Server / complaint | 55.00 |
| Feb-23-11 | Process Server / amended complaint | 55.00 |
| | Process Server Process Server / amended complaint | 55.00 |
| | Totals | $570.00 |

**Total Fee & Disbursements**                                        **$12,745.00**

**Balance Now Due**                                                     **$12,745.00**

TAX ID Number       20-1211098